

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Steven Alfonso Deleon,                           * From the 104th District Court
                                                   of Taylor County,
                                                   Trial Court No. 18365B.

Vs. No. 11-14-00353-CR                           * December 30, 2016

The State of Texas,                              * Memorandum Opinion by Willson, J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that
there is no error in the judgment below.   Therefore, in accordance with this
court's opinion, the judgment of the trial court is in all things affirmed.